USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

M.D., *individually and on behalf of M.K., a child with a disability*,

                        Plaintiff,

                  -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendant.

-------------------------------------------------------------------X

**ORDER**

20-CV-224 (MKV) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated October 7, 2020 (Dkt. No. 18), Judge Vyskocil referred this case to me for settlement. The parties are directed to advise the Court within 30 days when they wish to schedule a settlement conference. The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties. Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court. In light of the COVID-19 pandemic, any settlement conference in the foreseeable future will likely be conducted telephonically. Using the Court's conference line system, the Court will begin the settlement conference in joint session with all parties on the line before

breaking into private session and speaking to the parties individually, as the technology the Court is using can facilitate breakout sessions with each side.

**SO ORDERED.**

Dated: October 8, 2020
      New York, New York

                                                                _____
                                                                JAMES L. COTT
                                                                United States Magistrate Judge